| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** **DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284** **Marie-Ann Greenberg, Standing Trustee** **30 TWO BRIDGES ROAD** **SUITE 330** **FAIRFIELD, NJ  07004-1550** **973-227-2840** **Chapter 13 Standing Trustee** | **Order Filed on February 22, 2018** **by Clerk** **U.S. Bankruptcy Court** **District of New Jersey** |
| IN RE:     JESSE DIAZ | **Case No.:  17-23199** **Hearing Date:  02/07/2018** **Judge:  ROSEMARY GAMBARDELLA** |

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 22, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

Debtor(s):  JESSE DIAZ

Case No.:  17-23199RG

Caption of Order:  Order Denying Confirmation

_____

THIS MATTER having been scheduled before the Court on 02/07/2018 for a Hearing on Confirmation, and

good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/7/2018 of the plan filed on 06/28/2017, is

denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/21/2018 or the case will be dismissed; and it is

further

ORDERED, that Debtor must file amended schedule I & J by 2/21/18 or the case will be dismissed; and it

is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order

Dismissing the Case without further hearings; and it is further

ORDERED, that if the above information has been filed timely and/or provided, the Hearing on
Confirmation shall be adjourned to 3/21/2018 at  9:00:00AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-23199-RG
Jesse Diaz                                                                  Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Feb 23, 2018
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyefile@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6