Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23199−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse Diaz
   30 Linn−Smith Road
   Augusta, NJ 07822

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/28/17 and a confirmation hearing on such Plan has been scheduled for 9/20/18 @ 9:00 a.m..

The debtor filed a Modified Plan on 5/1/18 and a confirmation hearing on the Modified Plan is scheduled for 6/6/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 9, 2018
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-23199-RG
Jesse Diaz                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 09, 2018
                               Form ID: 186          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
```
db          +Jesse Diaz,   30 Linn-Smith Road,   Augusta, NJ 07822-2000
cr          +Deutsche Bank National Trust Company,   Robertson Anschutz & Schneid, P.L.,
              6409 Congress Ave., Suite 100,   Boca Raton,, FL  33487,    UNITED STATES 33487-2853
516908421   +AMA Recovery,   3131 Eastside Street, Suite 350,   Houston, TX 77098-1947
516908422   +American Express,   Attn: GC Services Limited Partnership,   POB 46960,
              Saint Louis, MO 63146-6960
517014818    American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516908423   +Arett Sales Corporation,   POB 3540,   Cherry Hill, NJ 08034-0346
516908426   +Bernerckers Nursery,   16900 SW 216th Street,   Miami, FL 33170-1897
516908427  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23238)
516908429   +Covada,   1372 East Main Street,   Rochester, NY 14609-6912
517166543   +DEUTSCHE BANK NATIONAL TRUST COMPANY,   Ocwen Loan Servicing, LLC,
              ATTN: Cashiering Department,   1661 Worthington Rd., Suite 100,
              West Palm Beach, FL 33409-6493
516908430   +Dianne Salvatore,   109 Baldwin Place,   Belleville, NJ 07109-1748
516908433   +Dolan & Dolan, PC,   Box D 53 Spring Street,   Newton, NJ 07860-0020
516908436   +EXXNMobil/CBNA,   POB 6497,   Sioux Falls, SD 57117-6497
516908435   +Everest Business Funding,   Attn: Greenberg Grant & Richards, Inc.,
              5858 Westheimer Road, Suite 500,   Houston, TX 77057-5645
516908434   +Everest Business Funding,   Attn: Sage Capital Recovery,   1040 Kings Hwy N.,
              Cherry Hill, NJ 08034-1908
516960584   +Florist's Transworld Delivery, Inc.,   3113 Woodcreek Drive,   Downers Grove, IL 60515-5412
516908437   +Florists' Transworld Delivery Inc,   Lockbox #774440,   4440 Solutions Center,
              Chicago, IL 60677-4004
516908439   +Juniper Card Services,   POB 13337,   Philadelphia, PA 19101-3337
516908440   +Kathy Ann-Diaz,   30 Linn Smith Road,   Augusta, NJ 07822-2000
516908441   +Kathy Diaz,   30 Linn Smith Road,   Augusta, NJ 07822-2000
516908442   +Merchant Services,   POB 6010,   Hagerstown, MD 21741-6010
516908444   +Ocwen Loan Servicing, LLC,   POB 660264,   Dallas, TX 75266-0264
516908447   +PSE&G,   POB 14444,   New Brunswick, NJ 08906-4444
516908445   +Pat Petrozza,   626 McBride Avenue,   Woodland Park, NJ 07424-3905
516908448   +RMA,   111 Madison Avenue,   Morristown, NJ 07960-6083
517001305  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,   Department of Treasury,
              Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
516908449    State of New Jersey,   Division of Taxation,   POB 643,   New Milford, NJ 07646
516908450   +Swift Capital,   Attn: Mora Investigations LLC,   POB 2112,   Fremont, CA 94536-0112
516908455  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Motor Credit Corporation,   5005 N River Blvd,
              Cedar Rapids, IA 52411)
516908452   +Teleflora,   11444 West Olympic Blvd,   Los Angeles, CA 90064-1535
516908453   +The Hartford,   POB 660916,   Dallas, TX 75266-0916
516908454    The Town Planner,   Montclair, NJ
516952631   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516908456   +Tranquility Greenhouse,   10 Tranquility Farm Road,   Andover, NJ 07821-2286
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 10 2018 01:21:26     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2018 01:21:24     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:16:15
              Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
516908425   +E-mail/Text: marilyn.gonzalez@popular.com May 10 2018 01:21:47     Banco Popular,   POB 71375,
              San Juan, PR 00936-8475
517102933    E-mail/Text: bankruptcy.bnc@ditech.com May 10 2018 01:21:12
              Deutsche Bank National Trust Company, as Trustee,   c/o Ditech Financial LLC,   P.O. Box 6154,
              Rapid City, SD 57709-6154
516908431   +E-mail/Text: mrdiscen@discover.com May 10 2018 01:20:42     Discover,   POB 71084,
              Charlotte, NC 28272-1084
516908432   +E-mail/Text: bankruptcy.bnc@ditech.com May 10 2018 01:21:12     Ditech,   POB 6172,
              Rapid City, SD 57709-6172
516908438    E-mail/Text: cio.bncmail@irs.gov May 10 2018 01:20:57     Internal Revenue Service,
              955 South Springfield Avenue,   Springfield, NJ 07081
516908443   +E-mail/Text: bkr@cardworks.com May 10 2018 01:20:32     Merrick Bank,   POB 660702,
              Dallas, TX 75266-0702
517133172    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 23:16:21
              Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
              Norfolk VA 23541
517113647    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 09 2018 23:34:06
              Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-2           User: admin              Page 2 of 2                    Date Rcvd: May 09, 2018
                               Form ID: 186             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516908446       +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM May 10 2018 01:22:13      Pawnee Leasing Corporation,
                 3801 Automation Way, Suite 207,   Fort Collins, CO 80525-5735
516911513       +E-mail/PDF: gecsedi@recoverycorp.com May 09 2018 23:16:44      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516908451        E-mail/Text: bankruptcy@td.com May 10 2018 01:21:28      TD Bank, N.A.,   POB 9547,
                 Portland, ME 04112
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516908424*      +Arett Sales Corporation,    POB 3540,    Cherry Hill, NJ 08034-0346
516908428*     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:  Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23238)
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```