UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald I. LeVine
210 River Street
Suite 11
Hackensack NJ 07601

In Re:

Jesse Diaz

Case No.: 17-23199RG

Judge: Hon Gambardella

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____
   creditor,

   A hearing has been scheduled for _____, at _____

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____

   ☒ Certification of Default filed by    Marie-Ann Greenberg

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):
On 10/2/18, a payment was made to the Trustee electronically. See attached payment confirmation.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____                    Debtor's Signature

Date: 10-4-18                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev 8/1/15

## Make A Payment

1. Accept Terms & Conditions    2. Confirm Payment Details    **3. Payment Completed**

### Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

**On the 04 Oct 2018, $ 1,578.00 will be debited from your account.**

| | |
|---|---|
| Confirmation Number: | 5287937 |
| Payer Name: | Jesse Diaz |
| Payer Email Address: | jessepeapatchplants@embarqmail.com |
| Online Payment ID: | 17231990151 |
| Marie-Ann Greenberg: | Marie-Ann Greenberg |
| Payment Type: | Single Payment |
| Payment Entered Date: | 02 Oct 2018 |
| Payment Date: | 03 Oct 2018 |
| Payment Effective Date: | 04 Oct 2018 |
| Payment Amount: | $ 1,576.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 1,578.00** |

Please note, this payment will show as two separate debits to your banking account in the amounts of $ 1,576.00 and $ 2.00

Close Window    Print