Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−23199−RG
           Chapter: 13
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse Diaz
   30 Linn−Smith Road
   Augusta, NJ 07822

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/7/18 at 09:00 AM

to consider and act upon the following:

*47* − Certification in Opposition to Trustee Certification of Default (related document:43 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/4/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Jesse Diaz. (LeVine, Ronald)

Dated: 10/4/18

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court