**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JESSE DIAZ

Order Filed on December 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-23199 RG**

**Hearing Date:  12/5/2018**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 7, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  JESSE DIAZ

Case No.:  17-23199

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

    THIS MATTER having come before the Court on 12/05/2018 on notice to RONALD I. LEVINE,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $1,076.00 to the Trustee's office by 12/12/2018or the case will be

    dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-23199-RG
Jesse Diaz                                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                  Date Rcvd: Dec 11, 2018
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2018.
db             +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2018 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyefile@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
          Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 7