Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23199−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jesse Diaz
  30 Linn−Smith Road
  Augusta, NJ 07822

Social Security No.:
  xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*62* − Motion to Object To Claims of Pawnee Leasing Corporation Filed by Ronald I. LeVine on behalf of Jesse Diaz. (Attachments: # 1 Certification # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order # 6 Certificate of Service) (LeVine, Ronald)

*63* − Actual Motion sent to Creditors in support of (related document:62 Motion to Expunge/Reduce/Modify/Object to Claims filed by Debtor Jesse Diaz) filed by Robert Wachtel on behalf of Jesse Diaz. (Wachtel, Robert)

Dated: 4/1/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court