Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−23199−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse Diaz
   30 Linn−Smith Road
   Augusta, NJ 07822

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/1/19 at 10:00 AM

to consider and act upon the following:

*62* − Motion to Object To Claims of Pawnee Leasing Corporation Filed by Ronald I. LeVine on behalf of Jesse Diaz. (Attachments: # 1 Certification # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order # 6 Certificate of Service) (LeVine, Ronald)

*63* − Actual Motion sent to Creditors in support of (related document:62 Motion to Expunge/Reduce/Modify/Object to Claims filed by Debtor Jesse Diaz) filed by Robert Wachtel on behalf of Jesse Diaz. (Wachtel, Robert)

Dated: 4/1/19

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse Diaz  
    Debtor

Case No. 17-23199-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 01, 2019  
                         Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db         +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000  
cr         +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,  
            6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        +E-mail/Text: bnc@atlasacq.com Apr 02 2019 00:33:02     ATLAS ACQUISITIONS LLC,    294 Union St.,  
            Attn: Avi Schild,    Hackensack, NJ 07601-4303  
cr        +E-mail/PDF: gecsedi@recoverycorp.com Apr 02 2019 00:36:44  
            Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021  
                                                                                                                                                                                                TOTAL: 2

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company bkyefile@rasflaw.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com  
        Robert Wachtel    on behalf of Debtor Jesse  Diaz rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
        Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                                                                                      TOTAL: 8