UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Tel. 201-489-7900
Attorney for Debtor

Order Filed on May 3, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 17-23199 RG |
|---|---|
| JESSE DIAZ | Chapter: 13 |
| | Judge:  Hon. Rosemary Gambardella |

ORDER DISALLOWING CLAIMS OF PAWNEE LEASING
CORPORATION

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: May 3, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:  JESSE DIAZ
Case No. 17-23199 RG
Caption of Order: ORDER DISALLOWING CLAIM OF BBB

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof;

**IT IS ORDERED** that pursuant to 11 U.S.C. Sec. 502(b)(1) and Fed. R.Bankr.P. 3007 as follows:

The claim of PAWNEE LEASING CORPORATION, which appears at Claim No. 10 of the Court's claim register in the amount of $7,354.75 is expunged and disallowed in its entirety, however, the creditor may retain the sums paid by the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-23199-RG
Jesse Diaz                                                                    Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: May 03, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db              +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
          bkyefile@rasflaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
          bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          Robert  Wachtel    on behalf of Debtor Jesse  Diaz rwachtel@ronlevinelaw.com,
          irr72645@notify.bestcase.com
          Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
          irr72645@notify.bestcase.com
          Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8