Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−23199−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse Diaz
   30 Linn−Smith Road
   Augusta, NJ 07822

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/19/19 at 10:00 AM

to consider and act upon the following:

*72* − Certification in Opposition to Trustee Certification of Default (related document:69 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 6/3/2019. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Ronald I. LeVine on behalf of Jesse Diaz. (LeVine, Ronald)

Dated: 5/24/19

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse Diaz  
    Debtor

Case No. 17-23199-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 24, 2019  
    Form ID: ntchrgbk     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2019.
```
db             +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000
cr             +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@atlasacq.com May 24 2019 23:18:29     ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn:  Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 24 2019 23:28:06
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2
```

      \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
              Robert Wachtel    on behalf of Debtor Jesse  Diaz rwachtel@ronlevinelaw.com,
               irr72645@notify.bestcase.com
              Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8
```