| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 20, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JESSE DIAZ | Case No.:  17-23199 RG<br><br>Hearing Date:  6/19/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 20, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JESSE DIAZ

Case No.: 17-23199

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/19/2019 on notice to RONALD I. LEVINE, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $538.00 starting on 6/1/2019 for the remaining 37 month(s).