UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Tel. 201-489-7900
Attorney for Debtor

Order Filed on April 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

JESSE DIAZ

Case No.: 17-23199 RG

Chapter: 13

Judge: Hon. Rosemary Gambardella

Hg. Date: 4/15/20

## ORDER DISALLOWING CLAIMS OF TBF FINANCIAL, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 23, 2020**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: JESSE DIAZ
Case No. 17-23199 RG
Caption of Order: ORDER DISALLOWING CLAIM OF BBB

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof;

**IT IS ORDERED** that pursuant to 11 U.S.C. Sec. 502(b)(1) and Fed. R.Bankr.P. 3007 as follows:

The claim of TBF FINANCIAL, LLC which appears at Claim No. 12 of the Court's claim register in the amount of $21,942.35 is expunged and disallowed in its entirety, however, the creditor may retain the sums paid by the Trustee.