UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Tel. 201-489-7900
Attorney for Debtor

Order Filed on April 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

JESSE DIAZ

Case No.: 17-23199 RG

Chapter: 13

Judge:  Hon. Rosemary Gambardella

Hg. Date: 4/15/20

## ORDER DISALLOWING CLAIMS OF TBF FINANCIAL, LLC

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: April 23, 2020**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: JESSE DIAZ
Case No. 17-23199 RG
Caption of Order: ORDER DISALLOWING CLAIM OF BBB

**THIS MATTER** being opened to the Court by Ronald I. LeVine, Esq., attorney for debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof;

**IT IS ORDERED** that pursuant to 11 U.S.C. Sec. 502(b)(1) and Fed. R.Bankr.P. 3007 as follows:

The claim of TBF FINANCIAL, LLC which appears at Claim No. 12 of the Court's claim register in the amount of $21,942.35 is expunged and disallowed in its entirety, however, the creditor may retain the sums paid by the Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse Diaz  
    Debtor

Case No. 17-23199-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 23, 2020  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.  
db    +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Harold N. Kaplan    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com, informationathnk@aol.com  
    Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company bkyefile@rasflaw.com  
    Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Robert Wachtel    on behalf of Debtor Jesse Diaz rwachtel@ronlevinelaw.com, ronlevinelawfirm@gmail.com  
    Ronald I. LeVine    on behalf of Debtor Jesse Diaz ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
    Shauna M Deluca    on behalf of Creditor    Deutsche Bank National Trust Company sdeluca@rasflaw.com  
    Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 10