<u>STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.</u>
0 Valuation of Security         0 Assumption of Executory Contract or Unexpired Lease         0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Jesse Diaz

Case No.:    **17-23199 RG**
Judge:    **Hon. Gambardella**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original
☐ Motions Included

☑ Modified/Notice Required
☐ Modified/No Notice Required

Date:    **May 28, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> The following matters may be of particular importance. *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  /s/ RIL        Initial Debtor:  /s/ J D        Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor has paid to date $12,924 and shall pay $558 to the Chapter 13 Trustee, starting on June 1, 2020 for the remaining 48 months of an 84 month Plan.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ **Other information that may be important relating to the payment and length of plan:**
   **Debtor is business owner who has suffered reduction in income from COVID-19.**

## Part 2: Adequate Protection    X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Law Office of Ronald I. LeVine | Admin. | 4,896.30 |
| State of New Jersey | Taxes and certain other debts | 25.14 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ☑ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Deutsche Bank National Trust Company | 30 Linn Smith Road Augusta, NJ 07822 Sussex County | Post-petition forbearance 4 months. 12,546.32 | 0 | 12,546.32 | 3,136.58 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

### c. Secured claims excluded from 11 U.S.C. 506: ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES**

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | the appropriate motion to be filed under Section 7 of the Plan. | | | | |
| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowedd secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

**Creditor**

**Toyota Motor Credit is being paid outside the Plan for 2014 Prius. The second mortgage of Ditech on Debtor's homer is current and will be paid outside the Plan. The first mortgage of Banco Popular is current and will be paid outside the Plan.**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
  ☐   Not less than $____ to be distributed *pro rata*
  ☑   **Not less than 100 percent**
  ☐   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected,

4

except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    [X] NONE

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [✓] NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** [✓] NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** [✓] NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**
   [✓] Upon Confirmation
   [ ] Upon Discharge

**b. Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Priority Claims
5) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **March 16, 2018**

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address TMTD and to extend Plan to 84 months that includes post petition adjustment for forbearance | See 1(a) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 05/28/2020          /s/ Jesse Diaz
                          Jesse Diaz
                          **Debtor**
Date:
                          **Joint Debtor**


Date  05/28/2020          /s/ Ronald I. LeVine
                          Ronald I. LeVine

6

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Priority Claims
5) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **March 16, 2018**

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To address TMTD and to extend Plan to 84 months that includes post petition adjustment for forbearance | See 1(a) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☒ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 05/28/2020            /s/ Jesse Diaz
                            Jesse Diaz
                            Debtor

Date:                       Joint Debtor

Date  05/28/2020            /s/ Ronald I. LeVine
                            Ronald I. LeVine

6

Attorney for the Debtor(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                        Case No. 17-23199-RG
Jesse Diaz                                                                    Chapter 13
     Debtor                         CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                   Page 1 of 2                    Date Rcvd: Jun 08, 2020
                              Form ID: pdf901               Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db             +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000
cr             +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
516908421      +AMA Recovery,    3131 Eastside Street, Suite 350,    Houston, TX 77098-1947
516908422      +American Express,    Attn: GC Services Limited Partnership,    POB 46960,
                 Saint Louis, MO 63146-6960
517014818       American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516908424      +Arett Sales Corporation,    POB 3540,    Cherry Hill, NJ 08034-0346
516908423      +Arett Sales Corporation,    9285 Commerce Highway,    Pennsauken Townhip, NJ 08110-1201
518601404      +Banco Popular de Puerto Rico,    Chuhak & Tecson, P.C.,    Attn: Paulina Garga,
                 30 S. Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
516908426      +Bernerckers Nursery,    16900 SW 216th Street,    Miami, FL 33170-1897
516908429      +Covada,    1372 East Main Street,    Rochester, NY 14609-6912
517166543      +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Ocwen Loan Servicing, LLC,
                 ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
517102933       Deutsche Bank National Trust Company, as Trustee,    c/o Ditech Financial LLC,    P.O. Box 6154,
                 Rapid City, SD 57709-6154
516908430      +Dianne Salvatore,    109 Baldwin Place,    Belleville, NJ 07109-1748
516908432      +Ditech,    POB 6172,    Rapid City, SD 57709-6172
516908433      +Dolan & Dolan, PC,    Box D 53 Spring Street,    Newton, NJ 07860-0020
516908436      +EXXNMobil/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
516908434      +Everest Business Funding,    Attn: Sage Capital Recovery,    1040 Kings Hwy N.,
                 Cherry Hill, NJ 08034-1908
516908435      +Everest Business Funding,    Attn: Greenberg Grant & Richards, Inc.,
                 5858 Westheimer Road, Suite 500,    Houston, TX 77057-5645
516960584      +Florist's Transworld Delivery, Inc.,    3113 Woodcreek Drive,    Downers Grove, IL 60515-5412
516908437      +Florists' Transworld Delivery Inc,    Lockbox #774440,    4440 Solutions Center,
                 Chicago, IL 60677-4004
516908439      +Juniper Card Services,    POB 13337,    Philadelphia, PA 19101-3337
516908440      +Kathy Ann-Diaz,    30 Linn Smith Road,    Augusta, NJ 07822-2000
516908441      +Kathy Diaz,    30 Linn Smith Road,    Augusta, NJ 07822-2000
516908442      +Merchant Services,    POB 6010,    Hagerstown, MD 21741-6010
518797011       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518797012       NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
516908444      +Ocwen Loan Servicing, LLC,    POB 660264,    Dallas, TX 75266-0264
516908447      +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516908445      +Pat Petrozza,    626 McBride Avenue,    Woodland Park, NJ 07424-3905
516908448      +RMA,    111 Madison Avenue,    Morristown, NJ 07960-6083
517001305      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516908449       State of New Jersey,    Division of Taxation,    POB 643,    New Milford, NJ 07646
516908450      +Swift Capital,    Attn: Mora Investigations LLC,    POB 2112,    Fremont, CA 94536-0112
516908455      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    5005 N River Blvd,
                 Cedar Rapids, IA 52411)
516908452      +Teleflora,    11444 West Olympic Blvd,    Los Angeles, CA 90064-1535
516908453      +The Hartford,    POB 660916,    Dallas, TX 75266-0916
516908454       The Town Planner,    Montclair, NJ
516952631      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516908456      +Tranquility Greenhouse,    10 Tranquility Farm Road,    Andover, NJ 07821-2286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 09 2020 00:08:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 09 2020 00:08:10     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jun 09 2020 00:07:14      ATLAS ACQUISITIONS LLC,    294 Union St.,
                 Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:16:06
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517841546      +E-mail/Text: bnc@atlasacq.com Jun 09 2020 00:07:14      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516908425      +E-mail/Text: marilyn.gonzalez@popular.com Jun 09 2020 00:08:39     Banco Popular,    POB 71375,
                 San Juan, PR 00936-8475
516908427       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 09 2020 00:14:52      Capital One Bank,
                 15000 Capital One Drive,    Richmond, VA 23238
516908431      +E-mail/Text: mrdiscen@discover.com Jun 09 2020 00:07:11     Discover,    POB 71084,
                 Charlotte, NC 28272-1084
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 08, 2020
                              Form ID: pdf901          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516908438       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 09 2020 00:07:27    Internal Revenue Service,
                955 South Springfield Avenue,   Springfield, NJ 07081
516908443      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 09 2020 00:15:23    Merrick Bank,
                POB 660702,   Dallas, TX 75266-0702
516908446       E-mail/Text: bankruptcy@pawneeleasing.com Jun 09 2020 00:05:18    Pawnee Leasing Corporation,
                3801 Automation Way, Suite 207,   Fort Collins, CO 80525
517133172       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:14:59
                Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                Norfolk VA 23541
517113647       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 09 2020 00:15:46
                Portfolio Recovery Associates, LLC,   c/o Juniper,   POB 41067,   Norfolk VA 23541
516911513      +E-mail/PDF: gecsedi@recoverycorp.com Jun 09 2020 00:14:32    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518757429      +E-mail/Text: JWAGNER@TBFGROUP.COM Jun 09 2020 00:07:43    TBF Financial, LLC,
                740 Waukegan Rd., Suite 404,   Deerfield, IL 60015-5505
516908451       E-mail/Text: bankruptcy@td.com Jun 09 2020 00:08:14    TD Bank, N.A.,   POB 9547,
                Portland, ME 04112
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516908428*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court:  Capital One Bank,   15000 Capital One Drive,   Richmond, VA 23238)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com,   informationathnk@aol.com
          Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert Wachtel    on behalf of Debtor Jesse  Diaz rwachtel@ronlevinelaw.com,
           ronlevinelawfirm@gmail.com
          Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
           irr72645@notify.bestcase.com
          Shauna M Deluca    on behalf of Creditor    Deutsche Bank National Trust Company sdeluca@rasflaw.com
          Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```