Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−23199−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jesse Diaz
   30 Linn−Smith Road
   Augusta, NJ 07822

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    8/5/20
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney

COMMISSION OR FEES
$2,820.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

    ☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 2, 2020
JAN:

    Jeanne Naughton
    Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 17-23199-RG
Jesse Diaz                                                      Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin           Page 1 of 2        Date Rcvd: Jul 02, 2020
                            Form ID: 137          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db            +Jesse Diaz,    30 Linn-Smith Road,    Augusta, NJ 07822-2000
cr            +Deutsche Bank National Trust Company,    Robertson Anschutz & Schneid, P.L.,
                6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
516908421     +AMA Recovery,    3131 Eastside Street, Suite 350,    Houston, TX 77098-1947
516908422     +American Express,    Attn: GC Services Limited Partnership,    POB 46960,
                Saint Louis, MO 63146-6960
517014818      American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516908424     +Arett Sales Corporation,    POB 3540,    Cherry Hill, NJ 08034-0346
516908423     +Arett Sales Corporation,    9285 Commerce Highway,    Pennsauken Townhip, NJ 08110-1201
518601404     +Banco Popular de Puerto Rico,    Chuhak & Tecson, P.C.,    Attn: Paulina Garga,
                30 S. Wacker Drive, Suite 2600,    Chicago, IL 60606-7512
516908426     +Bernerckers Nursery,    16900 SW 216th Street,    Miami, FL 33170-1897
516908429     +Covada,    1372 East Main Street,    Rochester, NY 14609-6912
517166543     +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Ocwen Loan Servicing, LLC,
                ATTN: Cashiering Department,    1661 Worthington Rd., Suite 100,
                West Palm Beach, FL 33409-6493
517102933      Deutsche Bank National Trust Company, as Trustee,    c/o Ditech Financial LLC,    P.O. Box 6154,
                Rapid City, SD 57709-6154
516908430     +Dianne Salvatore,    109 Baldwin Place,    Belleville, NJ 07109-1748
516908432      Ditech,    POB 660934,    Dallas, TX 75266-0934
516908433     +Dolan & Dolan, PC,    Box D 53 Spring Street,    Newton, NJ 07860-0020
516908436     +EXXNMobil/CBNA,    POB 6497,    Sioux Falls, SD 57117-6497
516908435     +Everest Business Funding,    Attn: Greenberg Grant & Richards, Inc.,
                5858 Westheimer Road, Suite 500,    Houston, TX 77057-5645
516908434     +Everest Business Funding,    Attn: Sage Capital Recovery,    1040 Kings Hwy N.,
                Cherry Hill, NJ 08034-1908
516960584     +Florist's Transworld Delivery, Inc.,    3113 Woodcreek Drive,    Downers Grove, IL 60515-5412
516908437     +Florists' Transworld Delivery Inc,    Lockbox #774440,    4440 Solutions Center,
                Chicago, IL 60677-4004
516908439     +Juniper Card Services,    POB 13337,    Philadelphia, PA 19101-3337
516908440     +Kathy Ann-Diaz,    30 Linn Smith Road,    Augusta, NJ 07822-2000
516908441     +Kathy Diaz,    30 Linn Smith Road,    Augusta, NJ 07822-2000
516908442     +Merchant Services,    POB 6010,    Hagerstown, MD 21741-6010
518797011      NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
518797012      NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
516908444     +Ocwen Loan Servicing, LLC,    1661 Worthington Avenue,    Suite 100,
                West Palm Beach, FL 33409-6493
516908447     +PSE&G,    POB 14444,    New Brunswick, NJ 08906-4444
516908445     +Pat Petrozza,    626 McBride Avenue,    Woodland Park, NJ 07424-3905
516908448     +RMA,    111 Madison Avenue,    Morristown, NJ 07960-6083
517001305     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516908449      State of New Jersey,    Division of Taxation,    POB 643,    New Milford, NJ 07646
516908450     +Swift Capital,    Attn: Mora Investigations LLC,    POB 2112,    Fremont, CA 94536-0112
516908455     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    5005 N River Blvd,
                Cedar Rapids, IA 52411)
516908452     +Teleflora,    11444 West Olympic Blvd,    Los Angeles, CA 90064-1535
516908453     +The Hartford,    POB 660916,    Dallas, TX 75266-0916
516908454      The Town Planner,    Montclair, NJ
516952631     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516908456     +Tranquility Greenhouse,    10 Tranquility Farm Road,    Andover, NJ 07821-2286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2020 01:40:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2020 01:40:44     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: bnc@atlasacq.com Jul 03 2020 01:39:46     ATLAS ACQUISITIONS LLC,    294 Union St.,
                Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:37:49
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517841546      E-mail/Text: bnc@atlasacq.com Jul 03 2020 01:39:46     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
516908425     +E-mail/Text: marilyn.gonzalez@popular.com Jul 03 2020 01:41:20     Banco Popular,    POB 71375,
                San Juan, PR 00936-8475
516908427      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2020 01:37:55     Capital One Bank,
                15000 Capital One Drive,    Richmond, VA 23238
516908431     +E-mail/Text: mrdiscen@discover.com Jul 03 2020 01:39:44     Discover,    POB 71084,
                Charlotte, NC 28272-1084
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Jul 02, 2020
                               Form ID: 137             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516908438         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 03 2020 01:40:10      Internal Revenue Service,
                   955 South Springfield Avenue,    Springfield, NJ 07081
516908443        +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 03 2020 01:37:46      Merrick Bank,
                   POB 660702,    Dallas, TX 75266-0702
516908446         E-mail/Text: bankruptcy@pawneeleasing.com Jul 03 2020 01:39:27      Pawnee Leasing Corporation,
                   3801 Automation Way, Suite 207,    Fort Collins, CO 80525
517133172         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 01:38:04
                   Portfolio Recovery Associates, LLC,     c/o Capital One Bank, N.a.,    POB 41067,
                   Norfolk VA 23541
517113647         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2020 01:37:31
                   Portfolio Recovery Associates, LLC,     c/o Juniper,    POB 41067,    Norfolk VA 23541
516911513        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2020 01:37:49      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518757429        +E-mail/Text: JWAGNER@TBFGROUP.COM Jul 03 2020 01:40:22      TBF Financial, LLC,
                   740 Waukegan Rd., Suite 404,    Deerfield, IL 60015-5505
516908451         E-mail/Text: bankruptcy@td.com Jul 03 2020 01:40:52      TD Bank, N.A.,    POB 9547,
                   Portland, ME 04112
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516908428*      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Capital One Bank,    15000 Capital One Drive,    Richmond, VA 23238)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               hkaplan@rasnj.com, informationathnk@aol.com
              Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Wachtel    on behalf of Debtor Jesse  Diaz rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Jesse  Diaz ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
              Shauna M Deluca    on behalf of Creditor    Deutsche Bank National Trust Company sdeluca@rasflaw.com
              Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```