| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on July 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    JESSE DIAZ | Case No.:  17-23199 RG<br><br>Hearing Date:  7/15/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): JESSE DIAZ

Case No.: 17-23199

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 07/15/2020 on notice to RONALD I. LEVINE, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must payoff the case and/or provide the Trustee with proof of funds by 7/31/2020 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse Diaz  
    Debtor

Case No. 17-23199-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 16, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.  
db        +Jesse Diaz,   30 Linn-Smith Road,   Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harold N. Kaplan    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com, informationathnk@aol.com  
        Kevin M. Buttery    on behalf of Creditor    Deutsche Bank National Trust Company bkyefile@rasflaw.com  
        Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert Wachtel    on behalf of Debtor Jesse Diaz rwachtel@ronlevinelaw.com, ronlevinelawfirm@gmail.com  
        Ronald I. LeVine    on behalf of Debtor Jesse Diaz ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        Shauna M Deluca    on behalf of Creditor    Deutsche Bank National Trust Company sdeluca@rasflaw.com  
        Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                     TOTAL: 10