UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St.  Ste. 11
Hackensack, NJ  07601
Attorney for Debtor
RL9395

Order Filed on August 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jesse Diaz

Case No.: 17-23199RG

Chapter 13

Judge:  Hon. Gambardella

Hg. Date:  8/5/20

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: August 12, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: Jesse Diaz
    Case No. 17-23199RG
    Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2820.00 for services rendered and expenses in the amount of $31.25, for a total of $2851.25. The allowance shall be payable:

- ■ through the Chapter 13 plan as an administrative priority.
- outside the plan.

ORDERED that the Debtor's Plan payment will be adjusted to include a one time lump sum increase based on the payoff of the Plan with family borrowing.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court
District of New Jersey

In re:  
Jesse Diaz  
    Debtor

Case No. 17-23199-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Aug 12, 2020  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.  
db         +Jesse Diaz,   30 Linn-Smith Road,   Augusta, NJ 07822-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Harold N. Kaplan   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing  
         hkaplan@rasnj.com, informationathnk@aol.com  
        Kevin M. Buttery   on behalf of Creditor   Deutsche Bank National Trust Company  
         bkyefile@rasflaw.com  
        Laura M. Egerman   on behalf of Creditor   Deutsche Bank National Trust Company  
         bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Robert Wachtel   on behalf of Debtor Jesse Diaz rwachtel@ronlevinelaw.com, ronlevinelawfirm@gmail.com  
        Ronald I. LeVine   on behalf of Debtor Jesse Diaz ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
        Shauna M Deluca   on behalf of Creditor   Deutsche Bank National Trust Company sdeluca@rasflaw.com  
        Sindi Mncina   on behalf of Creditor   Deutsche Bank National Trust Company smncina@rascrane.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                             TOTAL: 10