UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River St.  Ste. 11
Hackensack, NJ  07601
Attorney for Debtor

---

**Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Jesse Diaz | Case No.:   17-23199 RG<br><br>Chapter 13<br><br>Judge:  Hon. Rosemary Gambardella |

**REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page, numbered two (2) through three (3) is hereby
**ORDERED**

**DATED: August 25, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)
Debtor: Jesse Diaz
     Case No. 17-23199 RG
     Revised Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2820.00 for services rendered and expenses in the amount of $31.25, for a total of $2851.25. The allowance shall be payable:

■     outside the Plan.

     The movant shall service this Order on the Trustee, Debtor and all parties of record.