**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jesse Diaz | Social Security number or ITIN  xxx–xx–0151 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23199–RG | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jesse Diaz

   11/13/20                                              **By the court:** Rosemary Gambardella
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

For more information, see page 2>

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jesse Diaz  
    Debtor(s)

Case No. 17-23199-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 13, 2020      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Diaz, 30 Linn-Smith Road, Augusta, NJ 07822-2000 |
| cr | + | Deutsche Bank National Trust Company, Robertson Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton,, FL 33487, UNITED STATES 33487-2853 |
| 516908421 | + | AMA Recovery, 3131 Eastside Street, Suite 350, Houston, TX 77098-1947 |
| 516908422 | + | American Express, Attn: GC Services Limited Partnership, POB 46960, Saint Louis, MO 63146-6960 |
| 516908424 | + | Arett Sales Corporation, POB 3540, Cherry Hill, NJ 08034-0346 |
| 516908423 | + | Arett Sales Corporation, 9285 Commerce Highway, Pennsauken Townhip, NJ 08110-1201 |
| 518601404 | + | Banco Popular de Puerto Rico, Chuhak & Tecson, P.C., Attn: Paulina Garga, 30 S. Wacker Drive, Suite 2600, Chicago, IL 60606-7512 |
| 516908426 | + | Bernerckers Nursery, 16900 SW 216th Street, Miami, FL 33170-1897 |
| 516908429 | + | Covada, 1372 East Main Street, Rochester, NY 14609-6912 |
| 517166543 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, Ocwen Loan Servicing, LLC, ATTN: Cashiering Department, 1661 Worthington Rd., Suite 100, West Palm Beach, FL 33409-6493 |
| 517102933 | | Deutsche Bank National Trust Company, as Trustee, c/o Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 516908430 | + | Dianne Salvatore, 109 Baldwin Place, Belleville, NJ 07109-1748 |
| 516908432 | | Ditech, POB 660934, Dallas, TX 75266-0934 |
| 516908433 | + | Dolan & Dolan, PC, Box D 53 Spring Street, Newton, NJ 07860-0020 |
| 516908435 | + | Everest Business Funding, Attn: Greenberg Grant & Richards, Inc., 5858 Westheimer Road, Suite 500, Houston, TX 77057-5645 |
| 516908434 | + | Everest Business Funding, Attn: Sage Capital Recovery, 1040 Kings Hwy N., Cherry Hill, NJ 08034-1908 |
| 516960584 | + | Florist's Transworld Delivery, Inc., 3113 Woodcreek Drive, Downers Grove, IL 60515-5412 |
| 516908437 | + | Florists' Transworld Delivery Inc, Lockbox #774440, 4440 Solutions Center, Chicago, IL 60677-4004 |
| 516908440 | + | Kathy Ann-Diaz, 30 Linn Smith Road, Augusta, NJ 07822-2000 |
| 516908441 | + | Kathy Diaz, 30 Linn Smith Road, Augusta, NJ 07822-2000 |
| 516908442 | + | Merchant Services, POB 6010, Hagerstown, MD 21741-6010 |
| 518797011 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518797012 | | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516908444 | + | Ocwen Loan Servicing, LLC, 1661 Worthington Avenue, Suite 100, West Palm Beach, FL 33409-6493 |
| 516908447 | + | PSE&G, POB 14444, New Brunswick, NJ 08906-4444 |
| 516908445 | + | Pat Petrozza, 626 McBride Avenue, Woodland Park, NJ 07424-3905 |
| 516908448 | + | RMA, 111 Madison Avenue, Morristown, NJ 07960-6083 |
| 517001305 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516908449 | | State of New Jersey, Division of Taxation, POB 643, New Milford, NJ 07646 |
| 516908450 | + | Swift Capital, Attn: Mora Investigations LLC, POB 2112, Fremont, CA 94536-0112 |
| 516908452 | + | Teleflora, 11444 West Olympic Blvd, Los Angeles, CA 90064-1535 |
| 516908453 | + | The Hartford, POB 660916, Dallas, TX 75266-0916 |
| 516908454 | | The Town Planner, Montclair, NJ |
| 516952631 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516908456 | + | Tranquility Greenhouse, 10 Tranquility Farm Road, Andover, NJ 07821-2286 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2020 23:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 17-23199-RG    Doc 114    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| smg | | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2020 23:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: ATLASACQU | Nov 14 2020 02:33:00 | ATLAS ACQUISITIONS LLC, 294 Union St., Attn: Avi Schild, Hackensack, NJ 07601 |
| cr | | + EDI: RMSC.COM | Nov 14 2020 02:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517841546 | | EDI: ATLASACQU | Nov 14 2020 02:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 517014818 | | EDI: BECKLEE.COM | Nov 14 2020 02:33:00 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516908425 | | + Email/Text: marilyn.gonzalez@popular.com | Nov 13 2020 23:15:00 | Banco Popular, POB 71375, San Juan, PR 00936-8475 |
| 516908427 | | EDI: CAPITALONE.COM | Nov 14 2020 02:33:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 516908431 | | + EDI: DISCOVER.COM | Nov 14 2020 02:33:00 | Discover, POB 71084, Charlotte, NC 28272-1084 |
| 516908436 | | + EDI: CITICORP.COM | Nov 14 2020 02:33:00 | EXXNMobil/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 516908438 | | EDI: IRS.COM | Nov 14 2020 02:33:00 | Internal Revenue Service, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 516908439 | | + EDI: TSYS2.COM | Nov 14 2020 02:33:00 | Juniper Card Services, POB 13337, Philadelphia, PA 19101-3337 |
| 516908443 | | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 13 2020 23:25:58 | Merrick Bank, POB 660702, Dallas, TX 75266-0702 |
| 516908446 | | Email/Text: bankruptcy@pawneeleasing.com | Nov 13 2020 23:12:00 | Pawnee Leasing Corporation, 3801 Automation Way, Suite 207, Fort Collins, CO 80525 |
| 517133172 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517113647 | | EDI: PRA.COM | Nov 14 2020 02:33:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 516911513 | | + EDI: RMSC.COM | Nov 14 2020 02:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518757429 | | + Email/Text: JWAGNER@TBFGROUP.COM | Nov 13 2020 23:14:00 | TBF Financial, LLC, 740 Waukegan Rd., Suite 404, Deerfield, IL 60015-5505 |
| 516908451 | | EDI: TDBANKNORTH.COM | Nov 14 2020 02:33:00 | TD Bank, N.A., POB 9547, Portland, ME 04112 |
| 516908455 | | EDI: TFSR.COM | Nov 14 2020 02:33:00 | Toyota Motor Credit Corporation, 5005 N River Blvd, Cedar Rapids, IA 52411 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516908428 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 17-23199-RG    Doc 114    Filed 11/15/20    Entered 11/16/20 00:25:08    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: 3180W | Total Noticed: 55 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2020         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com |
| Kevin M. Buttery | on behalf of Creditor Deutsche Bank National Trust Company bkyefile@rasflaw.com |
| Laura M. Egerman | on behalf of Creditor Deutsche Bank National Trust Company bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Robert Wachtel | on behalf of Debtor Jesse Diaz rwachtel@ronlevinelaw.com ronlevinelawfirm@gmail.com |
| Ronald I. LeVine | on behalf of Debtor Jesse Diaz ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| Shauna M Deluca | on behalf of Creditor Deutsche Bank National Trust Company sdeluca@rasflaw.com |
| Sindi Mncina | on behalf of Creditor Deutsche Bank National Trust Company smncina@rascrane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11